UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES SEABROOK,<br><br>                             Plaintiff,<br><br>         -against-<br><br>JANSSEN PHARMACEUTICALS INC., *et al.*,<br><br>                             Defendants. | 20-CV-2005 (CM)<br><br>ORDER DIRECTING PRISONER AUTHORIZATION |

COLLEEN McMAHON, Chief United States District Judge:

By order dated August 13, 2020, the Court reopened this action and directed Plaintiff to submit an *in forma pauperis* (IFP) application and a prisoner authorization. (*See* ECF No. 7.) On September 1, 2020, Plaintiff submitted both forms, but he did not sign the prisoner authorization. The Court therefore directs Plaintiff to complete and sign the attached prisoner authorization.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

The Court directs Plaintiff to complete, sign, and submit the attached prisoner authorization within thirty days of the date of this order. If Plaintiff fails to comply with this order, the action will be dismissed without prejudice. *See* 28 U.S.C. §§ 1915, 1915.

SO ORDERED.

Dated:   September 8, 2020
         New York, New York

                                                                 _____
                                                                         COLLEEN McMAHON
                                                                 Chief United States District Judge