Amended Complaint

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2021 JUN -2 AM 9: 45

James Seabrook #349160S359

Write the full name of each plaintiff.

20 cv 2005 (LTS)

(Include case number if one has been assigned)

-against-

Janssen pharmaceuticals inc
Michael bolus, Natasha myles,
Jacques hacquebord, Alex Gorsky
Ceo of Janssen pharmaceuticals Inc

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

AMENDED
COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

James                        E                    Seabrook
First Name              Middle Initial            Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

3491605359
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

~~DBEC dept~~ Otis Bantum Correctional Facility
Current Place of Detention

1600 Hazen Street East Elmhurst
Institutional Address

Queens                      NY                   11370
County, City              State                  Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: NATASHA MYLES
First Name / Last Name / Shield #
Plastic Surgery AM Bcare
Current Job Title (or other identifying information)
Bellevue Hospital Center
Current Work Address
462 1st Ave Bellvue hospital center
County, City / State / Zip Code
NY   NY   10016

Defendant 2: Jacques HaCaup bond
First Name / Last Name / Shield #
Endocrinologist
Current Job Title (or other identifying information)
Bellevue Hospital Center
Current Work Address
462 1st Ave
County, City / State / Zip Code
NY   NY   10016

Defendant 3:
First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

Defendant 4: Alex Gorsky
First Name / Last Name / Shield #
CEO of Janssen Pharmaceuticals Inc
Current Job Title (or other identifying information)
Consumer Inc
Current Work Address
Skillman   New Jersey   08558
County, City / State / Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Manhattan detention complex, Anna M Kross center, Bellevue hospital center, George R vierno center

Date(s) of occurrence:

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On March 15, 2020 while at Rikers island correctional facility George R vierno center is when I notice with factual evidence and information that during the time of my current incarceration I was given medication without such drug facts Zyprexa Vistril, remeron that inflicted male breast in which was prescribed by mental health doctor michael bolus before above date March 15, 2020. I was given random blood test & the result shown that my prolactin level were too high and appointment was made by Rikers Island nurses & clinical staff to see the gynecomastia & endermologist in the month of dec 2017 I went to Bellevue hospital center and I was seen by Natasha nyler & Jacques hacquebord and both doctor who examined me relating to this matter explained to me that they dont know what was causing me to form breast like the opposite sex other than being prescribed hormone pills in which I had never taking or was I prescribed any. And they failed to run test to evaluate & diagnosis in which I requested. On May 3, 2018 while at Anna M. Kross center on Rikers island I was seen by PA Aksana Suleymanov who conducted a routine follow up for gynecomastia in which he confirmed that such medication prescribed all contributed in a role in my injuries, I notice an increase in my breast & requested that some type of surgical procedure be scheduled to have injury removed. On march 15, 2020 New york city department of Corrections clinical staff has stated that an appointment was scheduled to conduct the surgery to remove the enlargement in my chest.

Page 4

Inflicted by medications prescribed by michael bolus and manufactured by JANSSEN Pharmaceuticals inc. i have been complaining to Department of Corrections that i need this surgery other inmates have been teasing me talking about im A faggot i have breast with breast milk" due to the leak which come from my chest nipples" and it was stated that my appointment was cancelled due to the pandemic i called and made complaints to 311 that Department of corrections staff clinical staff has failed to protect me from injury inflicted by medications prescribed by michael bolus He failed to provide adequate medical care when He failed to educate me about such medications due to the lack of access to computers & such information in which he could of provided drug facts sheets to educate me about such medications, But instead inflicted pain & suffering. Doctor Natasha myles & plastic surgery ambcare from Bellevue & Jacques hacqueburd an endocrinologist failed to provide adequate medical care when they ignored the facts of such medications inflicting injury & didn't want to further investigate such injury which could

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Inflicted male Breast which formed like female breast with breast milk, tenderness, aches, emotional distress, mental anguish, Bellevue hospital center prolonging my severe issues. i was seen by doctor did multiple tests & still no surgery. inadequate medical care.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

i am seeking in the amount of $5.5 million dollars for instant injury & for the violation of my constitutional right, for emotional distress mental anguish, pain & suffering.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

5-5-2021 — Dated
James SeaBrook — Plaintiff's Signature

James — First Name
E — Middle Initial
SeaBrook — Last Name

1600 Hazen Street East Elmhurst — Prison Address
Queens — County, City
New York — State
11370 — Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6

Inflicted by medications prescribed by michael bolus and manufactured by JANSSEN Pharmaceuticals inc. i have been complaining to Department of corrections that i need this surgery other inmates have been teasing me talking about im A faggot i have breast with breast milk" due to the leak which come from my chest nipples" and it was stated that my Appointment was cancelled due to the pandemic i called and made complaints to 311 that Department of corrections staff Clinical staff has failed to protect me from injury inflicted by medications prescribed by michael bolus He failed to provide adequate medical care when He failed to educate me about such medications due to the lack of access to computers & such information in which he could of provided drug facts sheets to educate me about such medications, But instead inflicted pain & suffering. Doctor Natasha mylles @ plastic Surgery ambcare from Bellevue & Jacques hacqueburd an endocrinologist failed to provide adequate medical care when they ignored the facts of such medications inflicting injury & didn't want to futher investigate such injury which could

James Seabrook
3491605359
OBCC 1600 Hazen Street
East Elmhurst NY 11370





U.S. POSTAGE PAID
FCM LG ENV
ELMHURST, NY
11373
MAY 19, 21
AMOUNT
$7.65
R2303S104052-9



CERTIFIED MAIL
7003 0500 0003 0536 6383

RECEIVED
JUN 01 2021
CLERK'S OFFICE
S.D.N.Y.

RETURN RECEIPT REQUESTED

RECEIVED
SDNY PRO SE OFFICE
2021 JUN -2 AM 9:46

USM P3
SDNY

U.S District Court Southern district of NY Daniel Patrick Moynihan U.S Courthouse Office of the Clerk 500 Pearl Street NY NY 10007-1312

Pro Se

