UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES SEABROOK,<br><br>                          Plaintiff,<br><br>– against –<br><br>JANSSEN PHARMACEUTICALS INC, et al.,<br><br>                        Defendants. | **ORDER**<br><br>20 Civ. 2005 (ER) |

Ramos, D.J.:

    Defendants Janssen Pharmaceuticals, Inc. and Alex Gorsky are directed to serve copies of their motion to dismiss and accompanying papers (Docs. 23–26) on Plaintiff by mail at his new address (Doc. 27):

    James Seabrook
    RNDC 74
    11-11 Hazen Street
    East Elmhurst, NY 11370

    The Clerk of Court is respectfully directed to mail a copy of this Order and Doc. 30 (Order on Motion to Serve) to Plaintiff by mail at his new address.

    It is SO ORDERED.

Dated:   December 16, 2021
            New York, New York

                                                            EDGARDO RAMOS, U.S.D.J.

**DEFENDANTS AND SERVICE ADDRESSES**

1. Janssen Pharmaceuticals Inc.
   1125 Trenton-Harbourton Road
   Titusville, NJ 08560

2. Alex Gorsky
   One Johnson & Johnson Plaza
   New Brunswick, NJ 08933

3. Natasha Myles
   Bellevue Hospital Center
   462 1st Avenue
   New York, NY 10016

4. Jacques Hacquebord
   Bellevue Hospital Center
   462 1st Avenue
   New York, NY 10016