UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES SEABROOK,<br><br>      Plaintiff,<br><br> – against –<br><br>JANSSEN PHARMACEUTICALS INC., JANSSEN RESEARCH & DEVELOPMENT LLC, NATASHA MYLES, MD JACQUES HACQUEBORD, ALEX GORSKY, and MICHAEL BOLUS,<br><br>      Defendants. | **ORDER**<br><br>20 Civ. 2005 (ER) |

Ramos, D.J.:

  On December 1, 2021, the defendants Janssen Pharmaceuticals Inc. and Alex Gorsky filed a motion to dismiss the *pro se* plaintiff James Seabrook's Amended Complaint. To date, Seabrook has not filed an opposition.

  Seabrook is therefore directed to file an opposition by **June 6, 2022.** Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

  The Clerk of Court is respectfully directed to mail a copy of this Order to Seabrook.

  It is SO ORDERED.

Dated: May 5, 2022
    New York, New York

                      _____
                       EDGARDO RAMOS, U.S.D.J.