UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES SEABROOK,<br><br>                              Plaintiff,<br><br>– against –<br><br>JANSSEN PHARMACEUTICALS INC., JANSSEN RESEARCH & DEVELOPMENT LLC, NATASHA MYLES, MD JACQUES HACQUEBORD, ALEX GORSKY, and MICHAEL BOLUS,<br><br>                              Defendants. | **ORDER**<br><br>20 Civ. 2005 (ER) |

Ramos, D.J.:

On December 1, 2021, the defendants Janssen Pharmaceuticals Inc. and Alex Gorsky filed a motion to dismiss the *pro se* plaintiff James Seabrook's Amended Complaint. On May 5, 2022, Seabrook was directed to file an opposition by June 6, 2022. Doc. 38. To date, Seabrook has not filed an opposition.

Seabrook is therefore directed to file an opposition by **July 15, 2022.** Failure to comply with Court orders will result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

The Clerk of Court is respectfully directed to mail a copy of this Order to Seabrook.

It is SO ORDERED.

Dated:   June 15, 2022
         New York, New York

                                                       _____
                                                       EDGARDO RAMOS, U.S.D.J.