**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JAMES SEABROOK,

                      Plaintiff,

        -against-                             20 **CIVIL** 2005 (ER)

                                                        **JUDGMENT**

  JANSSEN PHARMACEUTICALS INC.,
  NATASHA MYLES, MD JACQUES HACQUEBORD,
  ALEX GORSKY, *and* MICHAEL BOLUS,

                      Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated August 29, 2022, Defendants motion to dismiss is

granted, and case is DISMISSED without prejudice; accordingly, the case is closed.


**Dated:**  New York, New York

     August 31, 2022


                                   **RUBY J. KRAJICK**

                                   _____
                                      **Clerk of Court**

                  **BY:**

                                     _____
                                     **Deputy Clerk**